In the Matter of PANORAMA WINDOWS, LTD., Respondent, v 350 EAST 55TH STREET, LLC, Appellant. [995 NYS2d 680]—

Judgment, Supreme Court, New York County (Milton A. Tingling, J.), entered February 7, 2014, confirming the arbitration award, unanimously affirmed, with costs.

The arbitrator's innocuous conversation with petitioner was not shown to have prejudiced respondent (see Matter of Hausknecht v Comprehensive Med. Care of N.Y., P.C., 24 AD3d 778, 780 [2d Dept 2005]). The award of damages for additional work pursuant to respondent's oral directives was not in manifest disregard of the law or in excess of the arbitrator's powers (see Wien & Malkin LLP v Helmsley-Spear, Inc., 6 NY3d 471, 480-481 [2006], cert dismissed 548 US 940 [2006]; Matter of New York City Tr. Auth. v Transport Workers' Union of Am., Local 100, AFL-CIO, 6 NY3d 332 [2005]). Concur—Gonzalez, P.J., Mazzarelli, Manzanet-Daniels, Gische and Clark, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MILLIGAN, Appellant. [996 NYS2d 201]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Margaret L. Clancy, J.), rendered on or about September 25, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Mazzarelli, Manzanet-Daniels, Gische and Clark, JJ.